UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER BROCKEL, #394264**                    **CIVIL ACTION**

**VERSUS**                                          **NO. 04-3541**

**BURL CAIN, WARDEN**                               **SECTION C**
**LOUISIANA STATE PENITENTIARY**

## ORDER

Before this Court is a motion for relief under FRCP Rule 60(b) by Mr. Christopher Brockel (Petitioner), requesting that his original motion to proceed in forma pauperis be deemed sufficient, and requesting a refund of any funds already submitted during his appeal of the judgment denying him relief on his habeas corpus petition pursuant to 28 U.S.C. § 2254.

For the reasons discussed below, the motion is DENIED.

**BACKGROUND**

Petitioner filed a petition for writ of habeas corpus on December 30, 2004.[1] On August 9, 2006, the Court dismissed the petition with prejudice.[2] On September 15, 2006 petitioner filed a motion for a certificate of appealability,[3] which the Court denied on October 25, 2006.[4] The United States Court of Appeals for the Fifth Circuit dismissed the appeal on November 3,

---

1 Rec. Doc. 1.
2 Rec. Doc. 8, Order and Reasons; Rec. Doc. 9, Judgment.
3 Rec. Doc. 10.
4 Rec. Doc.12.

1

2006 for want of prosecution, because petitioner "failed to timely pay the docketing fee."⁵ Upon payment of the filing fee, the Fifth Circuit reinstated the appeal on December 13, 2006.⁶ On May 21, 2007, petitioner filed this motion for relief and refund of his fee.⁷

**LAW AND ANALYSIS**

The Federal Rules of Appellate Procedure require that an inmate proceeding on appeal of a district court judgment denying relief on a petition pursuant to 28 U.S.C. § 2254 obtain a certificate of appealability.⁸ In addition, the petition must apply to the district court for permission to proceed in forma pauperis on appeal.⁹

---

5 Rec. Doc. 13.
6 Rec. Doc. 15.
7 Rec. Doc. 17.
8 **Federal Rules of Appellate Procedure Rule 22, 28 U.S.C.A**:
"(b) Certificate of Appealability.
(1) In a habeas corpus proceeding in which the detention complained of arises from process issued by a state court.. the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c). If an applicant files a notice of appeal, the district judge who rendered the judgment must either issue a certificate of appealability or state why a certificate should not issue… (2) A request addressed to the court of appeals may be considered by a circuit judge or judges, as the court prescribes. If no express request for a certificate is filed, the notice of appeal constitutes a request addressed to the judges of the court of appeals…."
9 **Federal Rules of Appellate Procedure Rule 24, 28 U.S.C.A**:
 "(a) Leave to Proceed in Forma Pauperis.
(1) Motion in the District Court. Except as stated in Rule 24(a)(3), a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal.
(2) Action on the Motion. If the district court grants the motion, the party may proceed on appeal without prepaying or giving security for fees and costs, unless a statute provides otherwise. If the district court denies the motion, it must state its reasons in writing.
(3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
(A) the district court — before or after the notice of appeal is filed — certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or (B) a statute provides otherwise."

The record supports that petitioner applied for a certificate of appealability. However, there is nothing in the record to support petitioner's claim that he filed a motion to proceed in forma pauperis, either in the district court or on appeal.[10] Petitioner paid the $5 fee on December 30, 2004 when he filed his original petition and the $455 appeal fee to get his appeal reinstated. Petitioner now argues his appeal fee should be refunded because the Prison Litigation Reform Act,[11] mandating that inmates pay a portion of a filing fee and the balance in monthly installments, does not apply to habeas cases. However, the rule is inapplicable to this case, since petitioner has never filed a motion to proceed in forma pauperis, and has already paid the fee in full.

The Court, having never received a motion to proceed in forma pauperis, or the required documentation, may not grant one. Further, the Court has no authority to order a refund, as that is a matter properly before the United States Court of Appeals for the Fifth Circuit.

**CONCLUSION**

The Record does not support that petitioner filed a motion to proceed in forma pauperis, either with his petition or on appeal. Accordingly, IT IS ORDERED that the motion of CHRISTOPHER BROCKEL for relief and refund of his appellate fee is **DENIED**.

New Orleans, Louisiana this 31st day of May, 2007.

HELEN G. BERRIGAN
U.S. DISTRICT JUDGE

---

10 See Docket Activity for case 04-3541, EDLA; see also Docket Activity for case 06-30974, USCA 5th Circuit.
11 28 U.S.C.A. § 1915.